IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD WEEKS, #283804, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:12cv609-TMH |
| | ) | |
| KILBY CORRECTIONAL FACILITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AND OPINION**

On September 7, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 10).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is DISMISSED without prejudice for failure of the plaintiff to file an amended complaint in accordance with the directives of the orders entered int his case.

Done this the 28th day of September, 2012.

            /s/   Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE